IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JON FREY** | : |
|     Plaintiff, | : |
| | :   **Case No.** |
| v. | : |
| | : |
| **KIK INTERACTIVE INC.**, a Canadian Corporation, | : |
| **MEDIALAB.AI INC.**, a Delaware Corporation, | : |
| **APPLE INC.** | |
|     Defendants. | |
| _____/ | |

## COMPLAINT

**COMES NOW**, Plaintiff, Jon Frey, files this Complaint and sues KIK INTERACTIVE INC. (KIK INTERACTIVE) and MediaLab.Ai Inc. (MediaLab) and states:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331, this Court has personal jurisdiction over Defendants since Defendants have engaged in most if not all of the complained of acts in this judicial district.

2. Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§1391(b) and (c) because the effects of Defendants' actions have caused and will cause damage to the Plaintiff occurred in this judicial district.

3. This court has subject matter jurisdiction pursuant to 28 U. S. C. § 1332(a) as (1) Plaintiff seeks damages in the amount of no less than $10 million, well in excess of the jurisdictional minimum of 75,000 exclusive of costs and interest and (2) this action is between citizens of different states.

## PARTIES

4. At all relevant times Plaintiff, Jon Fey was a resident of 3049 Almond Street, Philadelphia, PA 19134.

5. Kik Interactive Inc. ("Kik Interactive") is a Canadian corporation having a principal place of business at 420 Weber Street North, Suite I, Waterloo, Ontario N2L 4E7, Canada with offices in New York City and Tel Aviv. At all relevant times Kik Interactive was Kik Messenger's owner and operator.

6. MediaLab.Ai Inc. ("MediaLab") is a Delaware Corporation with the principal place of business at 1240 Morningside Way Venice CA 90291. On or about October 21, 2019, MediaLab acquired Kik Messenger from Kik Interactive and is Kik Interactive's successor in interest who, for the purposes of this action, either stands in the same shoes as Kik Interactive or partakes in Kik Interactive's liability. MediaLab is Kik Messenger's current owner and operator. (https://www.media-lab.ai)

7. Apple, Inc. ("Apple") is a California corporation with its principal place of business located at 1 Infinite Loop, Cupertino, California, 95014.

## KIK MESSENGER

8. Defendants Kik Interactive and MediaLab as its successor in interest, marketed and currently markets a voice and messaging application (or "App") under the name "Kik Messenger" known simply as "Kik." Kik can be downloaded to a mobile device through sites such as Google Play, the Apple App Store, the Microsoft App Store, and Amazon app store.

9. Kik uses a smartphone's data plan or Wi-Fi to transmit and receive messages, photos,

2

videos, sketches, mobile webpages, and other content after users register a username. Kik is known for preserving users' anonymity since it allows users to register without providing a telephone number. As of May 2016, Kik Messenger had approximately 300 million registered users.

**DEFENDANTS' WRONGFUL ACTS**

**KIK INTERACTIVE'S, MEDIALAB'S AND APPLE'S KNOWLEDGE THAT KIK IS WIDELY USED BY SEX OFFENDERS TO COMMIT ACTS OF VIOLENCE AGAINST CHILDREN, DISTRIBUTE CHILD PORNOGRAPHY AND COMMIT CHILD ABUSE AND THEIR FAILURE TO PROVIDE ADEQUATE WARNING AND INSTITUTE ADEQUATE MEASURES TO PROTECT THE USERS OF KIK MESSENGER SUCH AS THE PLAINTIFF**

10. The article by Thomas Brewster titled *This $1 Billion App Can't 'Kik' Its Huge Child Exploitation Problem*, published by the Forbes Magazine on Aug 3, 2017, talks about an avid Kik user and a registered sex offender, Thomas Paul Keeler II[1] who was "a member of more *than 200 Kik groups* with names like "kidsnbabies," all dedicated to trading child abuse material, including images and videos of minors aged between three and 12 engaged in sexual acts with adults." Forbes pointed out that, although "the astonishing level of illegal content might appear unique […] [,] in recent years this kind of activity has become rampant across Kik." Thomas Brewster, in his article, quotes a convicted child molester telling CBS News' 48 Hours that Kik is a "predator's paradise."[2]

11. The use of Kik as a platform to hurt and exploit children reached such a level of notoriety

---

[1] On October 10, 2017 Thomas Paul Keeler, II was sentenced to 240 months in prison, lifetime of supervision upon release and a $5,000.00 fine for the Receipt of Child Pornography. *United States v. Keeler* (5:16-cr-00307-H) District Court, E.D. North Carolina.
[2] Source: https://www.forbes.com/sites/thomasbrewster/2017/08/03/kik-has-a-massive-child-abuse-problem/?sh=387b8c921a14

3

      that in June 2017 CBS News' 48 Hours made an episode titled *Killer App* examining utilization of Kik by sex offenders to commit despicable crimes against children, against the backdrop of Nicole Lovell's murder[3].[4]

12. In May 2017, in response to 48 Hours' episode, Kik Interactive issued a written statement stating:

"*We take online safety very seriously, and we're constantly assessing and improving our trust and safety measures*. Nicole Lovell suffered a terrible tragedy and our sincere condolences continue to go out to her family. Since the time of the incident, Kik has taken a variety of proactive measures to help increase safety on our platform.

There are two ways we do this. One is through technology and constant improvements to the product itself. *We encourage users to report content that they believe violates the Kik Terms of Service and Community Standards*.

*Users are also able to Block other users they no longer wish to chat with, or ignore chats from people that they don't know*. Actions are taken against users found to have violated Kik's Community Standards and TOS, including removal from the Kik platform where circumstances warrant.

*The other is through education and partnerships with organizations that help adults and teens understand the challenges of today's online landscape and how to avoid bad situations*. For years, we've had teams dedicated to this, and we will continue to invest in those types of tools, provide resources

---

[3] Nicole Lovell was a 13 year-old from Blacksburg, Virginia who was killed by an adult she met on Kik
[4] Source: https://www.cbsnews.com/news/kik-app-statement-to-48-hours-may-2017/

to parents, and strengthen relationships with law enforcement and safety focused organizations. This is a priority for us. We want all users to be safe on Kik and will continue to make Kik a safe, positive and productive place for our users to interact."[5]

13. Kik Interactive's statement not only lacks any concrete details regarding the "safety measures" supposedly taken by the Defendant to make Kik "a safe, positive and productive place", but also shows blatant, irresponsible and fundamental disregard for the problem of criminally minded adults preying on other Kik users. This blatant, irresponsible and fundamental disregard is apparent in Kik Interactive's claim that Kik is somehow safer now since the Kik's users are able to "block other users they no longer wish to chat with, or ignore chats from people that they don't know", in other words, Kik Interactive expects the victims and the potential victims to take initiative in "blocking" and "reporting."

14. Sadly and disturbingly the cases of the sex offender Keeler and a child murder victim, Nicole Lovell are just a mere few in a super-long line of cases involving the use of Kik as a tool to hurt and exploit children not just in the United States but in other countries around the globe:

**Four men face child porn charges, Saskatoon Star Phoenix (Canada)**

On May 1, [2013] the ICE [The Saskatchewan Internet Child Exploitation] unit executed a search warrant resulting from a complaint about a young girl being exploited via her cellphone on an app called KIK Messenger. Jason McLean, 18, of Saskatoon is charged with three counts of possession of child pornography, three counts of accessing child pornography, three counts of creating child pornography, invitation to sexual touching, criminal harassment and extortion."

---

[5] https://www.cbsnews.com/news/kik-app-statement-to-48-hours-may-2017/

**Police and parents warning about new smartphone app being used by pedophiles to groom children. Plymouth Evening Herald (UK) May 25, 2013**

POLICE in Plymouth [UK] have issued a warning about pedophiles abusing a social networking website to contact children. Detectives have seen a worrying rise in people allegedly using the phone messaging app 'Kik' to contact youngsters with the aim of committing sexual offences. Devon and Cornwall Police have recorded 18 cases in the force area involving grooming or arranging to meet with a child - four recent reports came from Plymouth. Investigators say the majority of the unsolicited approaches have been made by a complete stranger to the child. Det Con Neil Albrechtsen, from Plymouth's Child Abuse Investigation Team, said the first reported case involving Kik in the force area was in November 2011. In 2012 that figure had risen to four but in the first five months of 2013 there have been 13 cases - four of which involve Plymouth children. Police and parents warning about new smartphone app being used by pedophiles [sic] to groom children[.]

**Friend turns in man after seeing child porn on phone, 12/21/13 Citizens' Voice, The (Wilkes-Barre, PA).**

In another interview with [Plymouth, PA] police, Stout admitted to sharing images of child pornography with a group he met through the KIK application and said he had about 200 images and between five and 10 videos on his phone, according to the affidavit.

**Pasco Detectives Arrest 2 In Child Pornography Cases, 2/20/14 Tampa Bay Times (Fla.)**

The Pasco County Sheriff's Office called a news conference Wednesday to detail two arrests in recent child pornography cases. The 13-year-old girl sent the photos using an iPhone app called Kik, said sheriff's Detective William Lindsey. The app is popular among young teens - since not all parents trust them with fully equipped smartphones - because it works through Internet connections. That means a child with only an iPod or a computer can send texts or pictures using the app.

**Hoquiam man charged with child porn, 3/4/14 Daily World (Aberdeen, Wash.)**

[A 35-year-old Hoquiam, WA man] was arrested at his home Jan. 28. [The man] told detectives his Tumblr account had recently been deactivated, and he had used five other accounts on the site to search for girls. He said he used a phone app called Kik to trade child pornography.

**Security man accused of possession, distribution of child porn, 5/15/14 The Gazette (Colorado Springs, CO)**

Glen Ardell Douglas, Jr., 36, was arrested Wednesday on suspicion of sexual exploitation of a child and booked into the El Paso County jail, records show. The tip stated that someone using the screen name "skyeye719" had been chatting about molesting children in a smartphone app called "the lobby," and used the app "KiK" to send child pornography images to a person in Missouri, police said. Detectives traced the IP address to a residence on the 1900 block of Hallam Avenue in Security, east of U.S. 85/87. Douglas allegedly admitted to using the screen name and email address after a search warrant was executed at his home and police found digital images of child pornography, police said.

**Man Jailed on Child Porn Charges, 6/20/14 Tampa Bay Times (Fla.)**

On May 12, [2014] authorities say, Michael Edward Thomas, [26] sent an image of two children between the ages of 1 and 10 through an account on Kik Messenger to a Polk County resident. The incident was reported to the local Sheriff's Office, which obtained a subpoena for the chat information and IP address. They traced it back to a residence at 12029 Timber Lane. Deputies say Thomas' image was included in the chat conversation.

**Massillon man sentenced for sending nude photos to teen, 7/9/14 Independent (Massillon, Ohio)**

Austen M. Mayfield, [19] pleaded guilty in Stark County Common Pleas Court and was sentenced June 30, [2014] by Judge Frank Forchione to 12 months in the Lorain Correctional Institution for gross sexual imposition and importuning, which are both third-degree felonies, along with a misdemeanor charge of disseminating matter harmful to juveniles. The man sent [nude photos of himself to a 13-year-old girl] through a free social networking application called Kik Messenger, according to Bobby Grizzard, detective with Massillon's Child Abuse Investigations Unit.

**Predators Target Kids Via Apps, Police Say, 8/17/14 Tampa Tribune. (Fla.)**

In March, a 14-year-old Tampa girl got on a bus headed to Mexico with a 25-year-old sex offender she'd met through Kik, a smartphone messaging app. […] Around the same time as the Tampa teen was heading to Mexico, a 15-year-old Hillsborough County girl was talking to a 23-year-old Tampa man using Kik, and sent him risque pictures. When she didn't want to send more explicit pictures, he threatened to show her parents the images she'd already given him, investigators say. In December, the friend of a 13-yearold Lake County high school student approached a school resource officer. She was concerned for her friend, who was communicating with a Ruskin man via Kik, authorities say. When investigators searched the man's home, they found a collection of child pornography. […]

7

Right now, the Kik app is at the center of a lot of investigations. "The Kik app is one of the worst ones we've seen," Heaverin said. "It's a good app. ... It was designed for a good reason. Predators have just figured out how to use it to their advantage." […]

**Child molester sentenced to life, 4/27/15 Waxahachie Daily Light (Waxahachie, Tex.)**

During trial, prosecutors introduced several images of child pornography, including those depicting infants, which were obtained from Attaway's phone. The jury also heard and viewed evidence that Attaway was sexting with minor females through the phone application KIK. Attaway was also sending and receiving images of child pornography. An FBI agent informed the jury that child predators are known to frequent the KIK application to gain access to children.

**Messaging app offers teenagers, and predators, anonymity, 2/8/16 International New York Times.**

A man has pleaded guilty to federal child pornography charges. Bradley D. Dawson, 27, […] is set to be sentenced on Jan. 28 in U.S. District Court, according to a spokesman for the U.S. Attorney's office in Cleveland. Dawson pleaded guilty to charges of sexual exploitation of a minor, possession of child pornography and receipt or distribution of visual depictions of minors engaged in sexually explicit conduct. He told investigators that he portrayed himself as a female on a Kik Interactive social messaging website "because he found it easier to obtain child pornography while posing as a female," according court records filed in the case.

**Police: Girl raped by PA man, 2/17/16 The Tennessean (Nashville, Tenn.)**

When a 15-year-old girl was caught sneaking back into her house around 6 a.m. Sunday, her parents called Murfreesboro police to investigate. According to the report filed by Detective Tommy Roberts, evidence indicated she had been at a South Church Street hotel.
Roberts then made contact with Bradley Difrischia, 29, of Jefferson Avenue in Sharon, Penn. Difrischia told officers he had met the girl through an online game called "Summons War" and began communicating through the Kik app.

**One teen chat app has featured in more than 1,100 child sexual abuse cases in the last five years, the BBC has found, 9/21/2018 BBC**

A BBC Freedom of Information request sent to all 47 police forces in the UK revealed there had been 1,147 investigations by 28 forces into offences of child

sexual exploitation, grooming and image offences involving the app. Eighteen forces failed to supply any information.

15. The above list is by no means exhaustive or complete record of all instances reported by the United States and foreign media over the past few years related to victimization of children using Kik, but it clearly shows that Kik Interactive knew or should have known that Kik is being used by the sex offenders all over the planet to victimize children and distribute child pornography going back as early as 2012. The list also shows Kik Interactive's failure not only to do anything about it, but also its failure to provide the most basic warning on its website its to users. The level of Kik Interactive's disregard for the consequences of creating predators' paradise is simply astonishing.

16. It would be incredible to think that at the time of the Kik Messenger's acquisition MediaLab did not know about Kik Messenger reputation as the sex offenders' paradise. Yet, just like Kik Interactive, MediaLab did absolutely nothing about warning its users about dangers associated with using the Kik Messenger or instituting sufficient measures to fight this problem.

17. Below are just a few press releases occurring after MediaLab's Kik Messenger acquisition proving that MediaLab was aware, should have been aware or willfully turned a blind eye to the sexual abuse of children issue:

**Navy veteran, cybersecurity expert faces child porn charges in Monrovia, 3/17/20 The Frederick News-Post**

Gary Edward Davis, 47, was identified as the owner of a username "Taboo_Tendency," an account that was involved in Kik messenger chatrooms in January where images and videos depicting child pornography were being freely distributed between members, according to the documents. Davis' account distributed several video files that were seen by a sheriff's deputy posing as a group member

while monitoring the group as part of an investigation in Winnebago
County in Wisconsin, the court documents state.

### Holland Patent man sentenced for child pornography, 2/11/20 Observer-Dispatch (Utica, N.Y.)

John Angwin, [30] was sentenced to 132 months in prison, with 25
years post-release supervision, and payment to $12,000 in
restitution. He also will be required to register as a sex offender upon
his release from prison, according to the DOJ. Angwin admitted in
his guilty plea that he used his phone and the Kik Messenger app to
possess and distribute child pornography, according to the DOJ.

### Fairport Man Pleads Guilty to Distributing Child Pornography, 2/10/20 U.S. Dep't Just. (DOJ)

Assistant U.S. Attorney John J. Field, who is handling the case,
stated that on May 20, 2018, Clarke distributed child pornography
using the KIK Messenger application on his smartphone. The
defendant's phone was later seized and found to contain
approximately 1580 images and 51 videos of child pornography,
including images depicting sadistic conduct and the sexual abuse
of infants and toddlers.

### East Greenwich man, 31, charged in child porn case, 2/5/20 Courier-Post (Cherry Hill, N.J.)

The cyber tip from the National Center for Missing and Exploited
Children indicated that someone "uploaded a video of suspect child
pornography utilizing a Gmail account" on Aug. 8, 2019, the
affidavit stated.
The video depicted a pre-pubescent girl involved in a sex act,
according to the court record. The Gmail account was registered to
a "Steve Jobbs" but after serving a subpoena to Verizon Wireless,
a detective traced the account to DeBiase, the affidavit stated.
Homeland Security investigators provided several more cyber tips
about DeBiase's alleged child-pornography activity on the Kik
messenger app, according to the record.

### City man admits to federal child porn charges, 9/25/19 Watertown Daily Times (N.Y.)

According to prosecutors, Williams admitted that he used the Kik
Messenger application to distribute and receive child pornography
from other Kik users from January 2016 through June 2016.
Williams used his iPhone to trade images of child pornography via

the internet. Execution of search warrants on Williams' desktop and laptop computers revealed that he possessed 4,875 images and 2,052 video files depicting minors engaged in sexually explicit conduct. The images and videos included depictions of the rape and sodomy of prepubescent children and toddlers.

18. MediaLab's acquired Kik Messenger in October of 2019. MediaLab could not have not known about the notoriety of the very product it was acquiring. MediaLab has done nothing to implement policies sufficient to combat a known problem.

19. MediaLab, just like KIK INTERACTIVE failed and continue to fail to warn about and protect its users from the dangers of using its app.

## FACTUAL ALLEGATIONS

20. At all relevant times Plaintiff was an adult male that resided in Philadelphia Pennsylvania.

21. In about 2020 the Plaintiff downloaded from the Apple store and used the Kik App. Plaintiff was sent child pornography by another Kik user. Plaintiff was eventually convicted of a federal crime related to the child pornography sent through the Kik App.

22. MediaLab, KIK INTERACTIVE and Apple knew that its Kik app was a haven for predators and knew that the App was used to distribute child pornography.

23. Unbeknownst to Plaintiff when he signed up for his Kik account, numerous Kik users used the platform to prey on children and distribute child pornography.

24. MediaLab, KIK INTERACTIVE and Apple failed warn its users that the App was used as a hub to distribute child pornography, and that using the App could lead to other users sending Plaintiff child pornography.

25. MediaLab and KIK INTERACTIVE and Apple purposely kept its users in the dark about the illegal activity that was occurring and enabled by their App.

## CAUSE OF ACTION

26. Plaintiff repeats and realleges paragraph 1 through 24 above.

27. MediaLab, KIK INTERACTIVE and Apple had actual knowledge their platform it was a hub for the distribution of child pornography.

28. Prior to the Plaintiff downloading the Kik app from the Apple store MediaLab, KIK INTERACTIVE and Apple had the requisite knowledge to warn its users of the criminal activity that was rampant on their App.

29. With the knowledge possessed by MediaLab, KIK INTERACTIVE and Apple had a duty to make adequate disclosures and warn Kik App users of the danger presented and inform them of the dangers of using its App.

30. MediaLab, KIK INTERACTIVE and Apple knew that Plaintiff as a Kik user was at an unreasonable risk of encountering illegal activity on the App.

31. MediaLab, KIK INTERACTIVE and Apple had the ability and duty to warn the plaintiff about the illegal activity on the App.

32. MediaLab, KIK INTERACTIVE and Apple had a duty to protect the plaintiff from the reasonably foreseeable harm.

33. MediaLab, KIK INTERACTIVE and Apple breached their duty to warn Kik users including the Plaintiff, by choosing not to warn them about the dangers of using its App.

34. Failing to warn its users, including the Plaintiff of the dangers of using the Kik App demonstrates an egregious failure to exercise reasonable care by MediaLab, KIK INTERACTIVE and Apple.

35. As a direct result MediaLab, KIK INTERACTIVE and Apple's willful failure to warn its users Plaintiff has suffered and will suffer severe mental anguish and pain physical and psychological and emotional injuries.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for a judgment against Defendants, as the cause of action as follows:

A. For an award of compensatory damages in the amount ten million dollars for the injuries suffered by the Plaintiff described herein;

B. For an award of punitive damages to the extent allowable by law, in an amount to be proven at trial;

C. Compensation for loss of earnings and future earning capacity;

D. Ordering Defendants to engage in a corrective advertising campaign;

E. Awarding restitution and disgorgement of Defendants' revenues to the Plaintiff;

F. Awarding attorney fees and costs; and

G. Providing such other relief as may be just and proper.

## JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: May 25, 2023

Respectfully submitted,

/s/ Jon Frey
_____

Jon Frey, plaintiff, pro se.