## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON FREY** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-2023 |
| | : | |
| **KIK INTERACTIVE INC.** *et al.* | : | |

### ORDER

This 7th day of July, 2025, Plaintiff having stipulated to dismissal of the companion case, *Frey v. Kik Interactive*, 23-cv-02045, the Court having previously concluded that Defendant can have no liability as a matter of law, *Dinardo v. Kohler*, 304 A.3d 1187, 1203 (Pa. 2023), it is hereby **ORDERED** that this action is dismissed with prejudice as duplicative.

The Clerk shall mark this matter **CLOSED** for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge